# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GEORGIA AQUARIUM, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENNY PRITZKER, in her Official )<br>Capacity as Secretary of Commerce, )<br>NATIONAL OCEANIC AND )<br>ATMOSPHERIC ADMINISTRATION, )<br>and NATIONAL MARINE FISHERIES )<br>SERVICE, )<br>)<br>Defendants. ) | Civil Action<br>No. 1:13-cv-03241-AT |

## PLAINTIFF GEORGIA AQUARIUM'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Administrative Procedure Act ("APA"), the Marine Mammal Protection Act ("MMPA"), and the Court's Scheduling Order dated February 27, 2014 (Dkt. No. 23), Plaintiff Georgia Aquarium ("Aquarium") hereby submits this Motion for Summary Judgment.  The administrative record demonstrates that in denying the Aquarium's permit to import 18 beluga whales from Russia, Defendants acted arbitrarily and capriciously in violation of the APA and the Marine Mammal Protection Act, 16 U.S.C. §1361, *et seq.*  The Aquarium is

entitled to judgment as a matter of law.  In support of this Motion, the Aquarium relies upon the attached Memorandum of Law.

Respectfully submitted this 14th day of January, 2015.

/s/ Daniel F. Diffley
Daniel F. Diffley (GA Bar #221703)
Meaghan Goodwin Boyd (GA Bar #142521)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  404-881-4703
Facsimile:  404-253-8572
dan.diffley@alston.com
meaghan.boyd@alston.com

George J. Mannina, Jr., *pro hac vice*
Nossaman LLP
1666 K Street, N.W., Suite 500
Washington, D.C.  20006
Telephone:  (202) 887-1491
Facsimile:  (202) 466-3215
gmannina@nossaman.com

Ashley J. Remillard, *pro hac vice*
Nossaman LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  (949) 477-7635
Facsimile:  (949) 833-7878
aremillard@nossaman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I filed a copy of the foregoing **PLAINTIFF GEORGIA AQUARIUM'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the following attorneys of record:

Clifford Eugene Stevens, Jr.
U.S. Department of Justice
P.O. Box 7611
601 D Street, NW
Washington, DC 20044
202-353-7548
clifford.stevens@usdoj.gov

Lisa D. Cooper
U.S. Attorney's Office –ATL
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6249
lisa.cooper@usdoj.gov

*Attorneys for Defendants*

Donald D.J. Stack
Tyler J. Sniff
Stack & Associates, P.C.
260 Peachtree Street, Suite 1200
Atlanta, GA 30303
(404) 525-9205 (phone)
(404)522-0275 (fax)
dstack@stackenv.com
tsniff@stackenv.com

*Attorneys for Intervenor-Defendants*

This 14th day of January, 2015.

/s/Daniel F. Diffley
Daniel F. Diffley