# Exhibit 7

**PROJECT TITLE:**

## Current status of the Sakhalin-Amur beluga aggregation (The Okhotsk Sea, Russia): sustainability assessment

**Project Period:**

August, 2007 - May, 2012



## REPORT FOR 2007-2010 STAGES:

## Results of 4 years of study and preliminary conclusions

Compiled by Olga Shpak

for the Expert Group meeting

IUCN

**CHICAGO, 6-7 MARCH, 2011**

**A comparison of results of 2009 and 2010 abundance surveys**

*Shantar region*

The first decade of August. The directly observed number of belugas in this region was significantly lower in 2009 comparing to 2010 (1588 vs. 3206). Whales weren't as highly concentrated in 2009 as in 2010. Some animals were located outside the main stocks in the estuarine areas. For example, a few animals were spotted at the north-western part of Tugursky Bay or at the north-eastern part of Nikolaya Bay, while in 2010 all belugas were detected in the apical parts of the Bays near the mouths of the big rivers. Estimated abundance came out to be very similar between 2 years: 3407 and 3254 belugas in 2009 and 2010, respectively.

In the last decade of August 2010 the number of belugas in the region was appr.30% lower than in the first decade. The abundances in early and late August could not be compared due to exclusion of Udskaya Bay from the second survey. Concentration was very high in the apical parts of the bays. One big aggregation of belugas was detected along the south-western coast of Ulbansky Bay.

In the middle of September 2009 the number of animals in the Bays was very low. The estimated abundance was 10 times lower than a month earlier, in the first decade of August 2009. The belugas were located in the apical parts of the Bays but weren't very concentrated. Weather conditions and, possibly, the tide state (low) may have influenced the survey result.

*Sakhalin-Amur region*

The number of belugas in the region was considerably higher in the first decade of August 2010 relative to the same period of 2009 (estimated 1577 vs.675 in 2010 and 2009 respectively). Density of whales on the border between Sakalinsky Bay and Amursky estuary was also higher in 2010. It seemed that belugas were dispersed more chaotically in 2009. The same situation was discovered in the mouth of Baikal Bay.

In the end of August 2010 and in the middle of September of 2009 belugas' distribution was similar, but we didn't spot any belugas in Baikal Bay in 2010. Although the visually observed number of whales was considerably higher in 2009, the estimated numbers for both years were very similar: 2301 and 2064 belugas in 2009 and 2010 respectively.

### *5.4.5. Aerial Photography: calculating correction factor and birth rate*

In addition to the estimate calculated with BELUKHA-2, we decided to compare our survey results to the older ones (1970-1990s, see background information chapter 3). To do so, we multiplied

our visually observed beluga numbers by 12 (coefficient suggested by Belkovich, 1960, and extensively used in surveys up to 1990s). The corresponding numbers are presented in **table 14**.

In **table 14**, we also present the abundance estimate obtained by dividing the visually observed beluga number on 0.44, the coefficient we calculated experimentally on Chkalov Island in 2009. The information on how many captured belugas were kept in the enclosure on Chkalov Island in August and in September, 2009 was available from the catching team. Twice in both months, we flew over the enclosure with observers counting the belugas and photographers taking the photos (**Pic. 34, Appendix 1**). We divided observed/appeared on photos numbers by the true numbers for each month and obtained the coefficient for visual observation = 0.44, and the coefficient for aimed photography = 0.51. Our pilot study data appeared to be surprisingly close to the proportion of visible St Lawrence belugas when counted from a helicopter (44.3%, Kingsley and Gauthier, 2002).

**Table 14**. Beluga abundance estimate based on coefficient-corrected visual observation numbers.

| August | | | |
|---|---|---|---|
| region | visually observed beluga number | x12 | /0.44 |
| Tugursky Bay | 135 | 1620 | 307 |
| Nikolaya Bay | 34 | 408 | 77 |
| Ulbansky Bay | 465 | 5580 | 1057 |
| Udskaya Bay | 954 | 11448 | 2168 |
| Baikal Bay | 33 | 396 | 75 |
| Baydukov Island | 163 | 1956 | 370 |
| Sakhalin-Amur region | 69 | 828 | 157 |
| **All** | **1853** | **22236** | **4211** |
| September | | | |
| region | visually observed beluga number | x12 | /0,44 |
| Tugursky Bay | 18 | 216 | 41 |
| Nikolaya Bay | 6 | 72 | 14 |
| Ulbansky Bay | 36 | 432 | 82 |
| Udskaya Bay | 140 | 1680 | 318 |
| Baikal Bay | 89 | 1068 | 202 |
| Sakhalin-Amur region | 1278 | 15336 | 2905 |
| **All** | **1567** | **18804** | **3561** |

Using the coefficient that we calculated for Chkalov Island water, probably, still gives an underestimated number of belugas. The main reason for that is that animals in the pans were not naturally dispersed, but rather constrained in movement, which increased our observation success.

### 5.5.3. Human-caused mortality

Beluga whaling in Sakhalinsky Bay started in 1915, reached its peak in 1933, when 2,500 belugas were taken from the region, and ceased in 1950s. A review of published data on whaling in the Okhotsk Sea is available as **Appendix 4**. Since late 1980s, with a several-year break in mid1990s, a beluga live-capture for dolphinaria has been being conducted from the south-western part of the Bay (Chkalov and Baydukov Islands).

There are very limited data on current (illegal) whaling by villagers. Although hunting quotas are available, no licenses are requested from the Fisheries Control Service, except by dolphinaria and institutes. How many beluga are being shot by locals or die due to bycatch is unknown, but from our communication with locals, the numbers of beluga shot are low: 1 to 3 belugas per town per year – information from Chumikan and Tugur, Udskaya and Tugursky Bays respectively. For bycatch data, we do not have numbers; local residents describe it as "rare".

### 5.5.4. How we treated our aerial results

We excluded from analysis 2 pieces of survey- August 2009 in Sakhalinsky Bay and September 2009 in Shantar area – as the estimates from questionable surveys. A possible reason for low Sakhalin estimate (675 belugas) in August 2009 was the design of the track-lines. This survey was a parallel track-line survey with the track-lines drawn at appr. 20km distance from each other which assumes tha the beluga are randomly distributed. Later surveys indicate that the beluga distribution in the area is highly clumped and associated with specific feature in the region, thus there was a significant possibility that a large portion of the population was missed due to the survey design. The data from Shantar survey (11 September 2009, 324 belugas) was excluded due to low estimate (times less than in other surveys). Survey conditions were compromised by low tides in Ulbansky, Tugursky and Udskaya Bays, and poor visibility in many places due to winds (high Beaufort, 4-5). The last survey in Shantar region (late August 2010) was also not included in analysis, because due to logistics obstacles we did not cover Udskaya Bay where a significant portion of Shantar belugas is located. This survey, though, may be used in the future for bay-to-bay analysis for Nikolaya, Ulbansky and Tugursky Bays.

The estimated numbers $N_{est}$ with relative statistic errors for each survey sector were obtained through Belukha-2 program analysis of counts of visually detected belugas ($N_{vis}$) estimating the density in the survey strip and extrapolation to the area represented by the trackline depending on the design of the survey in each sector (**Table 18, Appendix 1**). We applied an availability correction factor (x2) for the animals missed to both $N_{est}$ and $N_{vis}$ (please see chapter Aerial survey, sub-chapter Aerial photography above).