# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA AQUARIUM, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**PENNY PRITZKER,** *in her Official* )<br>*Capacity as Secretary of Commerce,* )<br>**NATIONAL OCEANIC AND** )<br>**ATMOSPHERIC ADMINISTRATION,** )<br>and **NATIONAL MARINE FISHERIES** )<br>**SERVICE,** )<br>)<br>**Defendants.** )<br>) | **Civil Action No.**<br>**1:13-cv-3241-AT** |

## NOTICE OF FILING JOINT APPENDIX

Pursuant to the Court's January 13, 2015 Order (Dkt. 54), Plaintiff Georgia Aquarium, Inc. ("Aquarium"), files this Notice that it has on this day filed with the Clerk of Court a CD containing the parties' joint appendix of administrative record documents cited in the parties' briefs in support of or in response to their motions for summary judgment ("Joint Appendix"). The Aquarium has also presented two courtesy copies of the Joint Appendix, in both electronic and hard copy format, to the Court's chambers. The Aquarium has served all attorneys of record with a copy of the same.

Respectfully submitted this 14th day of July, 2015.

/s/ Daniel F. Diffley
Daniel F. Diffley (GA Bar #221703)
Meaghan G. Boyd (GA Bar #142521)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  404-881-4703
Facsimile:  404-253-8572
dan.diffley@alston.com
meaghan.boyd@alston.com

George J. Mannina, Jr., *pro hac vice*
Nossaman LLP
1666 K Street, N.W., Suite 500
Washington, D.C.  20006
Telephone:  (202) 887-1491
Facsimile:  (202) 466-3215
gmannina@nossaman.com

Ashley J. Remillard, *pro hac vice*
Nossaman LLP
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone:  (949) 477-7635
Facsimile:  (949) 833-7878
aremillard@nossaman.com

*Attorneys for Georgia Aquarium, Inc.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to local Rule 5.1, I hereby certify that the foregoing was prepared in Times New Roman 14 point font, double-spaced, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

This 14th day of July, 2015.

/s/ Daniel F. Diffley
Daniel F. Diffley

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing **NOTICE OF FILING JOINT APPENDIX** with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all attorneys of record.

This 14th day of July, 2015.

/s/ Daniel F. Diffley
Daniel F. Diffley